NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM E. TATUM, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3233

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100569-I-1.

---

## ON MOTION

---

## ORDER

William E. Tatum, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is granted.

FOR THE COURT

__DEC 1 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William E. Tatum, Jr.
Calvin Morrow, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK